**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | : | |
|---|---|---|
| **Steven Brittner and** | : | Case No. 17-22816-GLT |
| **Charlene Brittner,** | : | Chapter 13 |
| **Debtors** | : | |
| | : | |
| **Steven Brittner and** | : | |
| **Charlene Brittner,** | : | |
| **Movants** | : | |
| | : | |
| v. | : | |
| | : | |
| **Ronda J. Winnecour,** | : | |
| **Ch. 13 Trustee** | : | |
| **Respondent** | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 21, 2017 at docket number 23 and 24, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*.

   This Certification is being signed under penalty of perjury by Undersigned. Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 11, 2022

BY:  /s/ Paul W. McElrath
Paul W. McElrath, Esquire
Attorney for Debtor/Movant
PA I.D. #86220
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
(412) 765-3606

**PAWB Local Form 24 (07/13)**