Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Steven Brittner** | : | Case No. 17−22816−GLT |
| **Charlene Brittner** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 56 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/30/22 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this *The 27th of September, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 56 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

     (1) **On or before November 10, 2022**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2) This Motion is scheduled for hearing on *November 30, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 17-22816-GLT
Steven Brittner | Chapter 13
Charlene Brittner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Sep 27, 2022 | Form ID: 604 | Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Brittner, Charlene Brittner, 336 Reibold Road, Evans City, PA 16033-7930 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14656766 | + | Coll Svc Ctr, Po Box 1623, Butler, PA 16003-1623 |
| 14670566 | + | Rex Energy, 600 Cranberry Woods Dr, Cranberry Twp, PA 16066-5227 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Sep 27 2022 23:31:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14716232 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 27 2022 23:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14656762 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2022 23:31:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14656763 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2022 23:31:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14656764 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2022 23:31:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14744849 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2022 23:31:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14656765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2022 23:34:59 | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14711335 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2022 23:35:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14656767 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2022 23:31:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 14656768 | + | Email/PDF: pa_dc_ed@navient.com | Sep 27 2022 23:34:59 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14656769 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2022 23:31:00 | Huntington National Ba, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 14670562 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2022 23:31:00 | Huntington National Bank, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 14656770 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2022 23:31:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14726337 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 23:31:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

Case 17-22816-GLT   Doc 58   Filed 09/29/22   Entered 09/30/22 00:25:59   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 604 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | WARREN, MI 48090-2011 |
| 14656771 | + | Email/PDF: pa_dc_claims@navient.com | Sep 27 2022 23:35:09 | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14716020 | | Email/PDF: pa_dc_ed@navient.com | Sep 27 2022 23:35:09 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14723491 | + | Email/PDF: ebnotices@pnmac.com | Sep 27 2022 23:35:01 | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, SUITE 200, MOORPARK, CA 93021-2602 |
| 14707886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2022 23:35:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14658171 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2022 23:35:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14656772 | + | Email/PDF: ebnotices@pnmac.com | Sep 27 2022 23:35:11 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14739918 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2022 23:31:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14953744 | + | Email/Text: bncmail@w-legal.com | Sep 27 2022 23:31:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14656773 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2022 23:35:06 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14656774 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2022 23:34:59 | Springleaf Financial S, 600 Nw 2nd St, Evansville, IN 47708-1014 |
| 14656775 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:35:09 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14656776 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:35:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14656777 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:35:09 | Syncb/hh Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14656778 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:34:59 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14658532 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2022 23:31:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14669227 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 27 2022 23:45:19 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14656779 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 27 2022 23:45:29 | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670555 | *+ | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14670556 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14670557 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14670558 | *+ | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14670559 | *+ | Coll Svc Ctr, Po Box 1623, Butler, PA 16003-1623 |
| 14670560 | *+ | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |

Case 17-22816-GLT    Doc 58    Filed 09/29/22    Entered 09/30/22 00:25:59    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 604 | Total Noticed: 35 |

| | | |
|---|---|---|
| 14670561 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14670563 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14726353 | *+ | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14670564 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14670565 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14670567 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14670568 | *+ | Springleaf Financial S, 600 Nw 2nd St, Evansville, IN 47708-1014 |
| 14670569 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14670570 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670571 | *+ | Syncb/hh Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670572 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14670573 | *+ | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Charlene Brittner ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Steven Brittner ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 11