## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| STEVEN BRITTNER<br>CHARLENE BRITTNER<br>    Debtor(s) | Case No.:17-22816 |
| | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Document No.: |

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


September 27, 2022

/s/  Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/11/2017  and confirmed on 9/21/17 .  The case was subsequently
Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100,063.00 |
| Less Refunds to Debtor | 808.64 | |
| TOTAL AMOUNT OF PLAN FUND | | 99,254.36 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,750.00 | |
|   Trustee Fee | 4,491.15 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,241.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PENNYMAC LOAN SERVICES LLC | 0.00 | 69,759.81 | 0.00 | 69,759.81 |
|   Acct: 4657 | | | | |
| PENNYMAC LOAN SERVICES LLC | 1,232.05 | 1,232.05 | 0.00 | 1,232.05 |
|   Acct: 4657 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 6,212.66 | 6,212.66 | 578.38 | 6,791.04 |
|   Acct: 4312 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8952 | | | | |
| | | | | 77,782.90 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEVEN BRITTNER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEVEN BRITTNER | 763.00 | 763.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEVEN BRITTNER | 45.64 | 45.64 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|         ***N O N E*** | | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 8,855.55 | 3,150.73 | 0.00 | 3,150.73 |
|   Acct: 2130 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 10,403.18 | 3,701.37 | 0.00 | 3,701.37 |
|   Acct: 0303 | | | | |
| BANK OF AMERICA NA** | 2,352.05 | 836.84 | 0.00 | 836.84 |
|   Acct: 4825 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 6090 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |

17-22816                                                                                      Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: SH3M | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 220.18 | 78.34 | 0.00 | 78.34 |
| Acct: 6038 | | | | |
| DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1002 | | | | |
| CAPITAL ONE NA** | 142.14 | 50.57 | 0.00 | 50.57 |
| Acct: 8356 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 4,515.53 | 1,606.59 | 0.00 | 1,606.59 |
| Acct: 1240 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7413 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3024 | | | | |
| MIDLAND FUNDING LLC | 1,497.06 | 532.64 | 0.00 | 532.64 |
| Acct: 0810 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 2,485.81 | 884.43 | 0.00 | 884.43 |
| Acct: 9040 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FI | 398.14 | 141.66 | 0.00 | 141.66 |
| Acct: 7693 | | | | |
| MIDLAND FUNDING LLC | 5,874.92 | 2,090.25 | 0.00 | 2,090.25 |
| Acct: 4471 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 440.94 | 156.89 | 0.00 | 156.89 |
| Acct: 1751 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0810 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| REX ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 13,230.31 |

TOTAL PAID TO CREDITORS                                                              91,013.21

TOTAL CLAIMED
PRIORITY              0.00
SECURED          7,444.71
UNSECURED       37,185.50

Date: 09/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    STEVEN BRITTNER
    CHARLENE BRITTNER
          Debtor(s)

Ronda J. Winnecour
        Movant
       vs.
No Repondents.

Case No.:17-22816

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Steven Brittner

Charlene Brittner

Debtors

Case No. 17-22816-GLT

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                    Page 1 of 3

Date Rcvd: Sep 27, 2022            Form ID: pdf900            Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Steven Brittner, Charlene Brittner, 336 Reibold Road, Evans City, PA 16033-7930 |
| cr | + Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14656766 | + Coll Svc Ctr, Po Box 1623, Butler, PA 16003-1623 |
| 14670566 | + Rex Energy, 600 Cranberry Woods Dr, Cranberry Twp, PA 16066-5227 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | + Email/Text: bncmail@w-legal.com | Sep 27 2022 23:31:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14716232 | + Email/Text: mortgagebkcorrespondence@bofa.com | Sep 27 2022 23:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14656762 | + Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2022 23:31:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14656763 | + Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2022 23:31:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14656764 | + Email/Text: creditcardbkcorrespondence@bofa.com | Sep 27 2022 23:31:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14744849 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2022 23:31:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14656765 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2022 23:35:09 | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14711335 | Email/PDF: bncnotices@becket-lee.com | Sep 27 2022 23:35:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14656767 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2022 23:31:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 14656768 | + Email/PDF: pa_dc_ed@navient.com | Sep 27 2022 23:34:59 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14656769 | + Email/Text: bankruptcy@huntington.com | Sep 27 2022 23:31:00 | Huntington National Ba, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 14670562 | + Email/Text: bankruptcy@huntington.com | Sep 27 2022 23:31:00 | Huntington National Bank, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 14656770 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2022 23:31:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14726337 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 23:31:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | WARREN, MI 48090-2011 |
| 14656771 | + | Email/PDF: pa_dc_claims@navient.com | Sep 27 2022 23:35:04 | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14716020 | | Email/PDF: pa_dc_ed@navient.com | Sep 27 2022 23:35:04 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14723491 | + | Email/PDF: ebnotices@pnmac.com | Sep 27 2022 23:35:11 | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, SUITE 200, MOORPARK, CA 93021-2602 |
| 14707886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2022 23:35:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14658171 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2022 23:35:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14656772 | + | Email/PDF: ebnotices@pnmac.com | Sep 27 2022 23:35:01 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14739918 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2022 23:31:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14953744 | + | Email/Text: bncmail@w-legal.com | Sep 27 2022 23:31:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14656773 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2022 23:35:01 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14656774 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2022 23:35:05 | Springleaf Financial S, 600 Nw 2nd St, Evansville, IN 47708-1014 |
| 14656775 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:35:09 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14656776 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:34:59 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14656777 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:35:05 | Syncb/hh Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14656778 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2022 23:35:09 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14658532 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2022 23:31:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14669227 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 27 2022 23:45:24 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14656779 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 27 2022 23:45:19 | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670555 | *+ | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14670556 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14670557 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14670558 | *+ | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14670559 | *+ | Coll Svc Ctr, Po Box 1623, Butler, PA 16003-1623 |
| 14670560 | *+ | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 35

| 14670561 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14670563 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14726353 | *+ | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14670564 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14670565 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14670567 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14670568 | *+ | Springleaf Financial S, 600 Nw 2nd St, Evansville, IN 47708-1014 |
| 14670569 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14670570 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670571 | *+ | Syncb/hh Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670572 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14670573 | *+ | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Charlene Brittner ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Steven Brittner ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 11