**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Steven Brittner | Social Security number or ITIN  xxx–xx–4154 |
| | First Name  Middle Name  Last Name | EIN  \_\_–_____ |
| Debtor 2 (Spouse, if filing) | Charlene Brittner | Social Security number or ITIN  xxx–xx–1240 |
| | First Name  Middle Name  Last Name | EIN  \_\_–_____ |

United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA

Case number:  17–22816–GLT

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven Brittner               Charlene Brittner

11/15/22                **By the court:** Gregory L. Taddonio
                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-22816-GLT
Steven Brittner                                                                     Chapter 13
Charlene Brittner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Nov 15, 2022      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Brittner, Charlene Brittner, 336 Reibold Road, Evans City, PA 16033-7930 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14656766 | + | Coll Svc Ctr, Po Box 1623, Butler, PA 16003-1623 |
| 14670566 | + | Rex Energy, 600 Cranberry Woods Dr, Cranberry Twp, PA 16066-5227 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 16 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 16 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 23:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bncmail@w-legal.com | Nov 15 2022 23:57:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14716232 | + | EDI: BANKAMER2.COM | Nov 16 2022 04:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14656762 | + | EDI: BANKAMER.COM | Nov 16 2022 04:53:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14656763 | + | EDI: TSYS2 | Nov 16 2022 04:53:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14656764 | + | EDI: BANKAMER.COM | Nov 16 2022 04:53:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14744849 | + | EDI: WFNNB.COM | Nov 16 2022 04:53:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14656765 | + | EDI: CAPITALONE.COM | Nov 16 2022 04:53:00 | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14711335 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2022 23:59:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 17-22816-GLT   Doc 62   Filed 11/17/22   Entered 11/18/22 00:28:45   Desc Imaged
                              Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 15, 2022 | Form ID: 3180W | Total Noticed: 37 |

| Recipient | Method | Date/Time | Address |
| --- | --- | --- | --- |
| 14656767 | + EDI: WFNNB.COM | Nov 16 2022 04:53:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 14656768 | + EDI: NAVIENTFKASMDOE.COM | Nov 16 2022 04:53:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14656769 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 23:57:00 | Huntington National Ba, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 14670562 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 23:57:00 | Huntington National Bank, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 14656770 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2022 23:57:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14726337 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14656771 | + EDI: NAVIENTFKASMSERV.COM | Nov 16 2022 04:53:00 | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14716020 | EDI: NAVIENTFKASMDOE.COM | Nov 16 2022 04:53:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14723491 | + Email/PDF: ebnotices@pnmac.com | Nov 16 2022 00:00:01 | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, SUITE 200, MOORPARK, CA 93021-2602 |
| 14707886 | EDI: PRA.COM | Nov 16 2022 04:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14658171 | + EDI: RECOVERYCORP.COM | Nov 16 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14656772 | + Email/PDF: ebnotices@pnmac.com | Nov 15 2022 23:59:37 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14739918 | EDI: Q3G.COM | Nov 16 2022 04:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14953744 | + Email/Text: bncmail@w-legal.com | Nov 15 2022 23:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14656773 | + EDI: CITICORP.COM | Nov 16 2022 04:53:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14656774 | + EDI: AGFINANCE.COM | Nov 16 2022 04:53:00 | Springleaf Financial S, 600 Nw 2nd St, Evansville, IN 47708-1014 |
| 14656775 | + EDI: RMSC.COM | Nov 16 2022 04:53:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14656776 | + EDI: RMSC.COM | Nov 16 2022 04:53:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14656777 | + EDI: RMSC.COM | Nov 16 2022 04:53:00 | Syncb/hh Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14656778 | + EDI: RMSC.COM | Nov 16 2022 04:53:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14658532 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 23:57:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14669227 | EDI: WFFC2 | Nov 16 2022 04:53:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14656779 | + EDI: WFFC2 | Nov 16 2022 04:53:00 | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 35

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 3180W | Total Noticed: 37 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670555 | *+ | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14670556 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14670557 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14670558 | *+ | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14670559 | *+ | Coll Svc Ctr, Po Box 1623, Butler, PA 16003-1623 |
| 14670560 | *+ | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 14670561 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14670563 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14726353 | *+ | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14670564 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14670565 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14670567 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14670568 | *+ | Springleaf Financial S, 600 Nw 2nd St, Evansville, IN 47708-1014 |
| 14670569 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14670570 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670571 | *+ | Syncb/hh Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670572 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14670573 | *+ | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: 3180W | Total Noticed: 37 |

on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
    on behalf of Joint Debtor Charlene Brittner ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
    on behalf of Debtor Steven Brittner ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com


TOTAL: 11