**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/15/22 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    STEVEN BRITTNER
    CHARLENE BRITTNER
         Debtor(s)

    Ronda J. Winnecour
         Movant
         vs.
    No Repondents.

Case No.:17-22816

Chapter 13

Related to Dkt. No. 56

**ORDER OF COURT**

  AND NOW, this  15th  day of  November  2022,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____
GREGORY L. ADDONIO    **jah**
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                               Case No. 17-22816-GLT

Steven Brittner                                                      Chapter 13

Charlene Brittner

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Brittner, Charlene Brittner, 336 Reibold Road, Evans City, PA 16033-7930 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14656766 | + | Coll Svc Ctr, Po Box 1623, Butler, PA 16003-1623 |
| 14670566 | + | Rex Energy, 600 Cranberry Woods Dr, Cranberry Twp, PA 16066-5227 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Nov 15 2022 23:57:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14716232 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 15 2022 23:57:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14656762 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2022 23:57:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14656763 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 15 2022 23:57:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14656764 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2022 23:57:00 | Bk of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14744849 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 23:57:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14656765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2022 23:59:59 | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14711335 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2022 23:59:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14656767 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2022 23:57:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 14656768 | + | Email/PDF: pa_dc_ed@navient.com | Nov 15 2022 23:59:36 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14656769 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2022 23:57:00 | Huntington National Ba, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 14670562 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2022 23:57:00 | Huntington National Bank, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 14656770 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2022 23:57:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14726337 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 23:57:00 | MIDLAND FUNDING LLC, PO BOX 2011, |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 35

| | | | |
|---|---|---|---|
| | | | WARREN, MI 48090-2011 |
| 14656771 | + Email/PDF: pa_dc_claims@navient.com | Nov 16 2022 00:00:00 | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14716020 | Email/PDF: pa_dc_ed@navient.com | Nov 16 2022 00:00:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14723491 | + Email/PDF: ebnotices@pnmac.com | Nov 16 2022 00:00:01 | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE, SUITE 200, MOORPARK, CA 93021-2602 |
| 14707886 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2022 23:59:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14658171 | + Email/PDF: rmscedi@recoverycorp.com | Nov 15 2022 23:59:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14656772 | + Email/PDF: ebnotices@pnmac.com | Nov 16 2022 00:00:01 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14739918 | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2022 23:57:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14953744 | + Email/Text: bncmail@w-legal.com | Nov 15 2022 23:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14656773 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2022 23:59:37 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14656774 | + Email/PDF: cbp@onemainfinancial.com | Nov 15 2022 23:59:58 | Springleaf Financial S, 600 Nw 2nd St, Evansville, IN 47708-1014 |
| 14656775 | + Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 23:59:59 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14656776 | + Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 23:59:59 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14656777 | + Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 23:59:35 | Syncb/hh Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14656778 | + Email/PDF: gecsedi@recoverycorp.com | Nov 15 2022 23:59:46 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14658532 | + Email/Text: bankruptcy@huntington.com | Nov 15 2022 23:57:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14669227 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 15 2022 23:59:36 | Wells Fargo Bank N.A.., d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 14656779 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 16 2022 00:00:00 | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |
| cr | | Pennymac Loan Services, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14670555 | *+ | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14670556 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14670557 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14670558 | *+ | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14670559 | *+ | Coll Svc Ctr, Po Box 1623, Butler, PA 16003-1623 |
| 14670560 | *+ | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Nov 15, 2022                    Form ID: pdf900                          Total Noticed: 35

| | | |
|---|---|---|
| 14670561 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14670563 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14726353 | *+ | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14670564 | *+ | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14670565 | *+ | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 14670567 | *+ | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14670568 | *+ | Springleaf Financial S, 600 Nw 2nd St, Evansville, IN 47708-1014 |
| 14670569 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14670570 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670571 | *+ | Syncb/hh Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670572 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14670573 | *+ | Wfds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services  LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Charlene Brittner ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Debtor Steven Brittner ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 11